IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK GUERRIERO | : | 03cv508 |
| | : | |
| Plaintiff | : | Judge Jones |
| | : | |
| V. | : | |
| | : | |
| LOCK HAVEN UNIVERSITY OF | : | |
| PENNSYLVANIA; STATE SYSTEM OF | : | |
| EDUCATION, | : | |
| | : | |
| Defendants | : | |

## ORDER

## September 16, 2004

### THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Pending before the Court is Defendant's Motion for Summary Judgment filed August 2, 2004 (doc. #41). The Defendant's Motion addresses the Plaintiff's claim for relief under the claims based upon the Pennsylvania Human Relations Act only.

On September 7, 2004, the Plaintiff filed a "Concurrence with Dismissal of PHRA Claims" (doc. # 52), agreeing that the claims based upon the Pennsylvania Human Relations Act should be dismissed pursuant to the 11th Amendment to the

Constitution of the United States.

**IT IS ORDERED THAT:**

Defendant's Motion for Partial Summary Judgment (doc. #41) is granted.

Plaintiff's claims under the Pennsylvania Human Relations Act are dismissed with

prejudice.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge